UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 DEC -1 AM 11: 33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate Docket No. |
| Plaintiff, | ) |
| | ) '08 MJ3679 |
| | ) COMPLAINT FOR VIOLATION OF: |
| v. | ) |
| Hector Vicente BRISENO-Medina, | ) Title 8, U.S.C., Section 1326 |
| | ) Deported Alien Found in the |
| | ) United States |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about **November 29, 2008** within the Southern District of California, defendant, **Hector Vicente BRISENO-Medina,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **1st** DAY OF **DECEMBER, 2008**

_____
Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

DOA
11/29/08
ECC



**CONTINUATION OF COMPLAINT:**
Hector Vicente BRISENO-Medina

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On November 29, 2008, Border Patrol Agent M. Gilley was assigned line watch duties in the Chula Vista Border Patrol Station Area of Operations. At approximately 5:30 a.m., Agent Gilley received notification of a seismic sensor device activation in an area known to Border Patrol Agents as "South Calpine." This area is located approximately two miles east of the Otay Mesa, California Port of Entry and approximately one mile north of the United States/Mexico International Boundary.

After arriving in the area, Agent Gilley located a group of four individuals attempting to hide themselves in the tall brush. Agent Gilley identified himself as a United States Border Patrol Agent, and questioned each individual as to their citizenship and nationality. Each individual responded, "Mexico", including one later identified as the defendant **Hector Vicente BRISENO-Medina**. Agent Gilley then asked each individual if they had in their possession any immigration documents that would allow them to be or remain in the United States legally. Each individual responded, "No." At approximately 6:00 a.m., Agent Gilley placed the four individuals, including the defendant, under arrest and had them transported to the Chula Vista Border Patrol Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on November 9, 2007** through **Nogales, Arizona**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

**Executed on November 30, 2008 at 9:00 a.m.**

_____
Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **November 29, 2008**, in violation of Title 8, United States Code, Section 1326.

_____            __11/30/08 @ 9:29 a.m.__
Jan M. Adler                          Date/Time
United States Magistrate Judge