FILED

FEB - 4 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR4443-LAB |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| | ) **(Superseding)** |
| v. | ) Title 8, U.S.C., Sec. 1325 - |
| | ) Illegal Entry (Misdemeanor); |
| HECTOR VICENTE BRISENO-MEDINA, | ) Title 8, U.S.C., Sec. 1325 - |
| | ) Illegal Entry (Felony) |
| Defendant. | ) |

The United States Attorney charges:

Count 1

On or about March 15, 2007, within the Southern District of California, defendant HECTOR VICENTE BRISENO-MEDINA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

RFM:mg:San Diego
2/2/09

## Count 2

On or about November 29, 2008, within the Southern District of California, defendant HECTOR VICENTE BRISENO-MEDINA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: __2/4/09__.

KAREN P. HEWITT
United States Attorney

REES F. MORGAN
Assistant U.S. Attorney